UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| In Re. | No. C 14-2313 LB |
| JEFFREY BRYANT, | **ORDER OF TRANSFER** |
| Petitioner. | |

Jeffrey Bryant, an inmate at Centinela State Prison, filed this *pro se* action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 2004 conviction from the Los Angeles County Superior Court. His county of incarceration (i.e., Imperial County) is located within the venue of the Southern District of California and his county of conviction (i.e., Los Angeles County) is located within the venue of the Central District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Central District of

C 14-2313 LB
ORDER

1  California.  The clerk shall transfer this matter forthwith.

2  **IT IS SO ORDERED.**

3  Dated: June 19, 2014

4  _____
   LAUREL BEELER
5  United States Magistrate Judge