JS - 6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY BRYANT, | Case No. CV 14-04800 AN |
|     Petitioner, | JUDGMENT |
|   v. | |
| DOES, | |
|     Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order.

Dated: June 26, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE